**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 97-6059**

───────────

JOHN H. GANGE, JR.,

Petitioner - Appellant,

versus

EARL D. BESHEARS, Warden; ATTORNEY GENERAL OF
THE STATE OF MARYLAND,

Respondents - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-95-3901-WMN)

───────────

Submitted:  July 24, 1997          Decided:  August 6, 1997

───────────

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

John H. Gange, Jr., Appellant Pro Se.  Mary Ellen Barbera, Assis-
tant Attorney General, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for appointment of counsel, deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Gange v. Beshears, No. CA-95-3901-WMN (D. Md. Nov. 27, 1996). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2